No. 23.  PEOPLE OF THE STATE OF ILLINOIS, SUING BY THE CANAL COMMISSIONERS, PLAINTIFFS IN ERROR, *v.* PITTSBURGH, FORT WAYNE & CHICAGO RAILWAY COMPANY ET AL.  In error to the Supreme Court of the State

of Illinois. Argued October 29, 1914. Decided November 9, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Eustis* v. *Bolles,* 150 U. S. 361; *Leathe* v. *Thomas,* 207 U. S. 93; *Yazoo & Miss. R. R.* v. *Brewer,* 231 U. S. 245, 249; *Holden Land Co.* v. *Interstate Trading Co.,* 233 U. S. 536, 541. *Mr. William Ritchie* and *Mr. Samuel B. King* for the plaintiffs in error. *Mr. Timothy J. Scofield, Mr. Frank J. Loesch, Mr. Charles F. Loesch* and *Mr. James Stillwell* for the defendants in error.

---

No. 36. Twin Falls Canal Company, Plaintiff in Error, *v.* The State of Idaho et al. In error to the Supreme Court of the State of Idaho. Argued October 30 and November 2, 1914. Decided November 9, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Eustis* v. *Bolles,* 150 U. S. 361; *Leathe* v. *Thomas,* 207 U. S. 93; *Yazoo & Miss. R. R.* v. *Brewer,* 231 U. S. 245, 249; *Holden Land Co.* v. *Interstate Trading Co.,* 233 U. S. 536, 541. *Mr. Arthur M. Bowen* for the plaintiff in error. *Mr. J. H. Peterson* and *Mr. Edwin G. Davis* for the defendants in error.